IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

v.

RICHARD M. DARDEN,

    Defendant.

CV 411-213

**O R D E R**

Six motions are currently before the Court: (1) Plaintiff's motion for reconsideration (doc. 48); (2) Plaintiff's motion to supplement (doc. 49); (3) Plaintiff's motion to amend (doc. 50); (4) Plaintiff's second motion to supplement (doc. 51); (5) Plaintiff's motion for final "deposition" (doc. 52); and (6) Plaintiff's motion for declaratory judgment (doc. 55). After careful consideration, the Court **DENIES** all of Plaintiff's motions.

In 2011, Plaintiff initiated this action and asserted a claim under 42 U.S.C. § 1983 against his former defense counsel. Subsequently, the Magistrate Judge reported and recommended that Plaintiff's case be dismissed because Plaintiff failed to allege that his lawyer acted under color of state law and because he

was improperly attempting to use § 1983 as a backdoor for a 28 U.S.C. § 2255 claim. (Doc. 12.) The Court adopted the Magistrate Judge's report and recommendation and closed this case on January 31, 2012. (Docs. 16-17.)

Since that time, Plaintiff has repeatedly filed frivolous motions. For the most part, Plaintiff's motions have asked the Court to reconsider its dismissal of his claim. (See Docs. 27, 29, 33, 43, 46.) The six motions presently before the Court are no different. Although Plaintiff uniquely titled the current filings, in each motion, he complains about the performance of his prior counsel and essentially asks the Court to grant relief that it has already denied. Because Plaintiff, once again, has failed to establish a reason justifying reconsideration, see Ramos-Barrientos v. Bland, 728 F. Supp. 2d 1360, 1382-83 (S.D. Ga. 2010), the Court **DENIES** Plaintiff's motions.

**ORDER ENTERED** at Augusta, Georgia ~~this~~ 12th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA